UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL BROS, INC.,

                Plaintiff,

-v-

KIRK KARA CORP.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 5952 (LTS) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on July 31, 2020, with Defendant's Answer due on August 21, 2020.  (ECF No. 8).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Honorable Laura Taylor Swain's Individual Practices, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **September 11, 2020**.

Dated:      New York, New York
              August 28, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**